RECEIVED
MAR 23 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

Ron Smith #200
Montana State Prison
100 Conley Lake Rd
Deer Lodge, MT 59722

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON SMITH, WILLIAM GOLLEHON and All Others in Like Circumstances, Plaintiffs, -vs- MIKE MAHONEY, TOM WOODS, DENISE DEYOTT, and JOHN DOES Defendants. | Cause No. _____ DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

Ron Smith, William Gollehon, declare under penalty of perjury;

1. We are Plaintiffs in this case. We make this declaration in support of the motion for a temporary restraining order and a preliminary injunction to ensure that the unlawful actions taking place against the inmates at Montana state prison are enjoined until such time as the cause can be properly adjudicated in a court of law.

-1-

As set forth in the Complaint in this cause;

2. Defendants must stop punishing Plaintiffs for good behavior.

3. Defendants refuse to allow photocopied materials, which include religious materials.

4. Defendants refuse to hold proper pre-deprivation hearings prior to returning what is considered "Undeliverable" mail.

5. Defendants intend to take property owned by inmates in spite of their protected possessory interests to the contrary.

6. For the reasons set forth on the memorandum of law filed with this motion, the Plaintiffs are entitled to a temporary restraining order enjoining them until this can be settled by a proper court of law.

7. For the foregoing reasons, the Court should grant the Plaintiffs' motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ron Smith Pro se

_William Gollehon_____
William Gollehon Pro se

-2-