**LODGED**

MAR 22 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

Ron Smith, 20055
Montana State Prison
700 Conley Lake Rd
Deer Lodge, MT 59722

IN THE UNITED STATES DISTRICT COURT, FOR THE
DISTRICT OF MONTANA - HELENA   DIVISION

RON SMITH, WILLIAM GOLLEHON, ) Cause No. _____
and All Others in Like Circumstances )
Plaintiffs, ) ORDER FOR TEMPORARY
) RESTRAINING ORDER AND
-vs- ) PRELIMINARY INJUNCTION
)
MIKE MAHONEY, TOM WOODS )
DENISE DEYOTT, and )
JOHN DOES )
Defendants. )

Upon the supporting affidavit on the Plaintiff and the accompanying memorandum of law, it is

ORDERED that Defendants Mike Mahoney, Tom Woods, Denise Deyott, and John Does show cause in room _____ of the United States Courthouse, P.O. Box 8537, Missoula, MT, on the _____ day of _____, 2010, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the said Defendants from continuing the unlawful sanctions against Plaintiff until this issue can be properly litigated.

-1-

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application shall be served on Defendants Mike Mahoney, Tom Woods, Denise Deyott and John Does by _____, 2010, and the United States Marshals Service is hereby directed to effecuate such service.

_____
United States District Judge

Dated: _____