Ron Smith #20055
Montana State Prison
700 Conley Lake Rd
Deer Lodge, MT 59722

# RECEIVED

## MAR 23 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA    DIVISION

| | |
|---|---|
| Ron Smith, William Gollehon and All Others in Like Circumstances<br><br>Plaintiffs,<br><br>-vs-<br><br>Mike Mahoney, Tom Woods, Denise DeYott, and John Does<br><br>Defendants | Cause No. _____<br><br><br>MOTION FOR JUDICIAL NOTICE |

Pursuant to Federal Rules of Evidence, Rule 202, Judicial Notice of Law, the Plaintiffs files this request for Judicial Notice of the fact that Plaintiffs have yet to submit the Affidavits with the Application for Temporary Restraining Order and Preliminary Injunction.

Plaintiffs have them, but have been unable and unsuccessful in getting them notarized. Since the deprivations complained of are imminent Plaintiffs would ask the Court to accept and consider the Application

-1-

for Temporary Restraining Order and Preliminary Injunction.
Plaintiffs will, immediately upon receipt of the notarization,
submit the Affidavits to the Court.

THEREFORE, the Court should take note that the Affidavits
have not been sent, but will as soon as the prison complies
with the request for notarization, thereby meeting
the Application for Temporary Restraining Order and
Preliminary Injunction.

DATED this 21st day of March, 2010.

_____
Ron Smith Pro se

_____
William Guilehon Pro se