Ron Smith #20055
Montana State Prison
700 Conley Lake Rd
Deer Lodge, MT 59722

**RECEIVED**

MAR 3 1 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| Ron Smith, William Gollehon and All Others in Like Circumstances, Plaintiffs, -vs- Mike Mahoney, Tom Woods, Denise Delott, John Does, Defendants. | Cause No. _____ NOTICE |

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned Plaintiffs filed an Application for Temporary Restraining Order and Preliminary Injunction dated March 20.

Plaintiffs sent an accompanying "Judicial Notice" to inform the Court that the required Affidavits were not included due to their inability to get them notarized. Plaintiffs further requested the Court to process the

-1-

Application for Temporary Restraining Order and Preliminary Injunction without them because the deprivations complained of were imminent.

Plaintiffs stated that as soon as they got the required notarization they would submit the Affidavits to the Court. These are the Affidavits.

DATED this 23rd day of March, 2010.

RESPECTFULLY SUBMITTED

_____
Ron Smith Pro Se

_____
William Gollehon Pro Se