RECEIVED

MAR 3 1 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

STATE OF MONTANA )
                 )
COUNTY OF HELENA )

BEFORE ME, the undersigned authority, on this date personally appeared Ron Smith, William Gollehon, Known to me, who being, by me, first duly sworn upon his oath to tell the truth stated and deposed that he, one of the Plaintiffs in the above entitled, and that, in such capacity, he has full authority to make this affidavit and is fully competent to make the same, that he has read the foregoing Application for Temporary Restraining Order; that he is familiar with the matter and facts therein stated; and that the same are of his personal knowledge true and correct.

_____
Ron Smith Pro se

William Jay Gollehon
William Gollehon Pro se

SUBSCRIBED AND SWORN to before me by the said William Gollehon on this 23rd day of March, 2010.

SHEILA HASTINGS
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
April 27, 2013
SEAL

_____
Notary Public in and for

The State of Montana
County of Powell

-5-