STATE OF MONTANA )
)
COUNTY OF HELENA )

RECEIVED
MAR 31 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

BEFORE ME, the undersigned authority, on this date personally appeared Ron Smith, William Gollehon, known to me, who being, by me, first duly sworn upon his oath to tell the truth stated and deposed that he, one of the Plaintiffs in the above entitled, and that, in such capacity, he has full authority to make this affidavit and is fully competent to make the same, that he has read the foregoing Application for Temporary Restraining Order; that he is familiar with the matter and facts therein stated; and that the same are of his personal knowledge true and correct.

_____
Ron Smith Pro se

_____
William Gollehon Pro se

Subscribed and sworn to before me by the said Ron Smith on this 23rd day of March, 2010

_____
Sheila Hastings
Notary Public in and for

The State of Montana
County of Powell

[SEAL: SHEILA HASTINGS NOTARY PUBLIC for the State of Montana Residing at Deer Lodge, Montana My Commission Expires April 27, 2013]

-5-